# UNITED STATES DISTRICT COURT
# OF NEW JERSEY

PATRICK COLLINS, INC.,

v.

JOHN DOES 1-13.

**Civil Action No.: 2:11-cv-01470 (FSH)(PS)**

### [~~PROPOSED~~] ORDER FOR ADDITIONAL TIME TO SERVE THE JOHN DOE DEFENDANTS PURSUANT TO RULE 4(m)

*ON INFORMAL APPLICATION*

UPON Plaintiff's request for additional time to serve the John Doe defendants with Summons and Complaint and/or Amended Complaint under Fed. R. Civ. P. 4(m), *and good cause shown in the* it is hereby: *plaintiff's August 30, 2011 letter*

ORDERED that Plaintiff shall have an additional 60 days pursuant to Rule 4(m) to serve the John Doe defendants.

ORDERED this 1st day of September, 2011.

By: _____
UNITED STATES ~~DISTRICT~~ *Magistrate* JUDGE

1